**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | Civil Action No. |
| v. | |
| SOURCE ONE STAFFING, INC. | JURY TRIAL DEMANDED |
| Defendant. | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e *et seq*., and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to a class of employees who were adversely affected by such practices.

### JURISDICTION AND VENUE

1.  Jurisdiction of this court in invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.  The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Illinois.

## PARTIES

3.   Plaintiff, the U.S. Equal Employment Opportunity Commission ("EEOC" or "Commission"), is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706 (1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4.   Defendant, Source One Staffing, Inc. ("Source One"), is an Illinois corporation.  At all relevant times, Source One has been and is now a corporation doing business in the Northern District of Illinois, and has had and now has at least fifteen (15) employees.

5.   At all relevant times, Source One has been and is now an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

6.   At all relevant times, Source One has been and is now an employment agency within the meaning of Section 701(c) of Title VII, 42 U.S.C. §§ 2000e(c).

7.   At all relevant times, Source One has been and is now the employer of all individuals assigned to work for one of its clients on a temporary or "temp to hire" basis.

## STATEMENT OF CLAIMS

8.   More than thirty (30) days prior to the institution of this lawsuit, Guadalupe Maldonado, Jazmin Marin, and Araceli Posadas filed charges with the EEOC alleging violations of Title VII by Source One.  All conditions precedent to the institution of this lawsuit have been fulfilled.

9.   Since January 2007, Source One has engaged in and continues to engage in unlawful employment practices in violation of Sections 703(a) and (b) of Title VII, 42 U.S.C. §§ 2(a) and (b).  Such unlawful employment practices include, but are not limited to, the following:

a. subjecting Guadalupe Maldonado, Jazmin Marin, Araceli Posadas, and a class of female employees to a hostile work environment at the Promens USA, Inc. facility in West Chicago, Illinois;

b. failing or refusing to refer a class of female employees for certain job assignments, either on its own initiative or in compliance with discriminatory client requests, because of their sex;

c. failing or refusing to refer a class of male employees for certain job assignments, either on its own initiative or in compliance with discriminatory client requests, because of their sex; and

d. subjecting a class of female employees to different terms and conditions of employment because of their sex by assigning and/or referring them to positions with lower pay, fewer hours, and/or lesser opportunity for permanent placement.

10. Since at least January 2007, Source One has committed unlawful practices against Guadalupe Maldonado and Araceli Posadas by retaliating against them for opposing or complaining about discriminatory practices in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a). These practices include, but are not limited to, the following:

a. removing Araceli Posadas from her assignment at the Promens USA, Inc. facility in West Chicago, Illinois against her wishes on or around September 4, 2007; and

b. failing or refusing to refer Guadalupe Maldonado for full time job assignments after receiving notice of her Charge of Discrimination on or around September 27, 2007.

11. The unlawful employment practices complained of in Paragraphs 9 and 10 were and are intentional.

3

12. The unlawful employment practices complained of in Paragraphs 9 and 10 were and are done with malice or reckless indifferent to the federally protected rights of a class of employees.

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant Source One Staffing, Inc., its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in retaliation and any employment practice which discriminates on the basis of sex;

B.  Order Defendant Source One Staffing, Inc. to institute and carry out policies, practices, and programs which provide equal employment opportunities for men and women, and which eradicate the effects of its past and present unlawful employment practices;

C.  Order Defendant Source One Staffing, Inc. to make whole Guadalupe Maldonado, Jazmin Marin, Araceli Posadas, a class of female employees, and a class of male employees by providing back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of the unlawful employment practices described above;

D.  Order Defendant Source One Staffing, Inc. to make whole Guadalupe Maldonado, Jazmin Marin, Araceli Posadas, a class of female employees, and a class of male employees by providing compensation, in amounts to be determined at trial, for past and future pecuniary losses resulting from the unlawful employment practices described above;

E.  Order Defendant Source One Staffing, Inc. to make whole Guadalupe Maldonado, Jazmin Marin, Araceli Posadas, a class of female employees, and a class of male employees by providing compensation, in amounts to be determined at trial, for past and future non-pecuniary

losses—including but not limited to emotional pain, suffering, loss of enjoyment of life, and humiliation—resulting from the unlawful employment practices described above;

    F.   Order Defendant Source One Staffing, Inc. to pay Guadalupe Maldonado, Jazmin Marin, Araceli Posadas, a class of female employees, and a class of male employees punitive damages, in amounts to be determined at trial, for its intentional, malicious, and/or reckless conduct;

    G.  Grant such further relief as the Court deems necessary and proper to protect the public interest; and

    F.   Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all issues of fact raised by its Complaint.

Date: September 26, 2011

Respectfully submitted,

P. DAVID LOPEZ
General Counsel

JAMES LEE
Deputy General Counsel

U.S. Equal Employment Opportunity Commission
131 M Street, NE
Washington, D.C. 20507

/s/ John C. Hendrickson
John C. Hendrickson
Regional Attorney

/s/ Gregory M. Gochanour
Gregory M. Gochanour
Supervisory Trial Attorney

/s/ Grayson S. Walker
Grayson S. Walker
Trial Attorney

U.S. Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2000
Chicago, IL 60661
(312) 869-8118
grayson.walker@eeoc.gov