**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2011-cv-06754 |
| SOURCE ONE STAFFING, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

Please take notice that on April 2, 2013, the undersigned filed with the U.S. District Court for the Northern District of Illinois Defendant's Response in Opposition to EEOC's Motion to Bifurcate Discriminatory Referral Claim, a copy of which is served upon you.

    s/ John M. Sheldon

Elliot S. Wiczer (#6208432)
John M. Sheldon (#6256666)
FOREMAN FRIEDMAN, PA
500 Skokie Blvd., Suite 325
Northbrook, IL 60062
(847) 849-4850

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served the foregoing Notice of Filing and Defendant's Response in Opposition to EEOC's Motion to Bifurcate Discriminatory Referral Claim on all parties entitled to notice hereof by electronic transmission courtesy of the CM/ECF system on this 2d day of April, 2013.

    s/ John M. Sheldon