## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Nos. 11 C 6754 & 15 C 1958 |
| | ) | |
| SOURCE ONE STAFFING, INC., | ) | Judge Sara L. Ellis |
| | ) | |
| Defendant. | ) | |

## SIX-MONTH REPORT OF CONSENT DECREE MONITOR
## TO THE PARTIES

I have been appointed as Monitor of the Consent Decree agreed to between the Equal

Employment Opportunity Commission ("EEOC") and Source One Staffing, Inc. ("Source One")

in Case Nos. 11 C 6754 & 15 C 1958 filed in the United States District Court for the Northern

District of Illinois. The lawsuits alleged that Source One, a temporary staffing agency,

unlawfully subjected a group of female employees to a hostile work environment at the Promens

USA, Inc. facility in West Chicago, Illinois; placed employees at client locations based on their

gender; and made pre-employment inquiries about job applicants' ability to lift a certain number

of pounds. This Six-Month Report is submitted pursuant to Paragraphs 25 and 38 of the Decree.

Paragraph 25 of the Decree provides as follows:

> Within six (6) months after his appointment, the Monitor shall complete his own review and evaluation of all current employment policies and practices that are related to the Defendant's employee referral practices, and shall submit a written report to EEOC and Defendant setting forth the following information:

> A. An assessment of whether Defendant maintains or has successfully implemented each specific policy and practice ordered in Paragraph 38;

> B. For each policy, procedure or practice outlined in Paragraph 38 that has not been maintained or successfully implemented, a statement discussing the reason for Defendant's failure to maintain or implement such policy, procedure or practice;

1

C.   An evaluation of the impact of any specific changes made pursuant to this Decree;

D.   An assessment of the effectiveness of Defendant's policies and practices for achievement of having gender neutral employee referral practices;

E.   Recommendations for any changes to existing practices, policies, or programs or any additional policies, practices, or programs that the Monitor deems necessary or appropriate for achieving compliance with the terms of this Decree; and

F.   Timetables for implementation and completion of compliance with any of [the Monitor's] recommendations, subject to the terms of this Decree.

Paragraph 38 of the Decree then provides as follows:

Within twenty (20) calendar days of the date of the entry of this Decree, Defendant shall use, adopt and/ or implement policies and procedures that the Monitor shall reasonably request and that are designed to carry out the terms and conditions of this Decree including the following:

A.   Defendant shall provide clear instructions to temporary employees as to how to make a complaint of discrimination, including identifying the person(s) to whom employees can make such complaints;

B.   Defendant shall change its employment application for temporary employees in the following ways:

C.   Defendant shall remove any question(s) relating to an applicant's prior medical history and/ or injury;

D.   Defendant shall adopt an employee search process for identifying qualified employees for open assignments to be approved by the Monitor with the following minimum standards.

   i.   For assignments which require no specific skill set or experience, Defendant will offer the assignment to its employees for the assignment regardless of gender.

   ii.   If a client explicitly requests a specific skill set or prior experience for an assignment, Defendant must first document the request made by the client. Thereafter, Defendant may conduct a gender-neutral search for employees with the expertise specifically requested by the client.

2

iii. The new search process must be approved by the Monitor prior to implementation.

E. Any changes to Defendant's employment application shall be made in both English and Spanish.

## Tasks Completed to Date

In advance of this Six-Month Report, I performed a number of tasks in an effort to understand and improve Source One's anti-harassment, anti-discrimination, and candidate selection policies. I worked with Source One to develop a new application form, new harassment and discrimination reporting forms and policies, and candidate selection procedures. I interviewed managers and customer service agents to better understand Source One's day-to-day operations, I reviewed records documenting Source One's efforts – over a one-month period – to place candidates at its client work locations, and I reviewed e-mails sent and received by one of Source One's primary client contacts. These tasks are further described below.

A.    **Creating New Policy Documents.**

Soon after being appointed as Monitor, I began working with Source One to develop a new application form, new harassment and discrimination reporting policies, and candidate selection procedures. Source One provided me initial drafts of these policies, and I made substantial revisions. After a few drafts back and forth, Source One and I agreed on the policy documents attached to this report as Exhibit A. Source One then distributed and explained these policy documents to its employees at a July 2015 training session facilitated by attorney David Moore of Laner Muchin, Ltd. The Power Point slides used during that training session have been sent to Aaron DeCamp, EEOC Trial Attorney.

On June 10, 2015, I wrote a letter to Scott Reedy and Jeff Reedy recommending additional policies that Source One should implement in order to comply with the terms of the

Consent Decree. In particular, I recommended that Source One add a separate page to its job application requesting new applicants to identify their gender. I further recommended that the company record applicants' gender information in the company's Tempworks database. The company refused to implement my recommendations, and that issue is currently the subject of motion practice before the district court.

### B.  Interviews With Source One Employees.

On June 2, June 18, and August 20, 2015, I traveled to Source One's offices in West Chicago and Elgin to interview Source One employees about the company's policies and practices related to placing candidates in jobs and responding to reports of harassment and discrimination. On June 2 and June 18, 2015, I spoke with Gabriela "Gabby" Muñoz, who directly supervises all Source One customer service agents, and asked her about the companies' polices related to placing candidates at client locations. Gabby explained that it is most difficult to fill open positions during the summer months because families struggle to find day care when their children are out of school and because many workers take seasonal jobs in landscaping or construction when the weather is warm. As a result, during the summer months, Source One rarely has to make decisions about which candidate to place in a job. If a candidate applies for work at Source One during the summer months, the candidate typically has a choice of multiple available job openings. By contrast, during the winter months, applicants exceed the number of jobs available, and individuals who call Source One on a daily basis are given preference for jobs as they become available.

Gabby insisted that, due to the EEOC litigation, Source One customer service agents know that they are prohibited from placing candidates based on their gender (or any other protected criteria) and are instructed to report any discriminatory requests from clients to her or

4

Scott Reedy. She stated that if she received a discriminatory request from a client, she would immediately report the request to Scott Reedy and inform the client that Source One must place the best qualified candidate in the job without regard to gender, age, race, etc.

On August 20, 2015, I interviewed four Source One customer service agents about how they place candidates in jobs and about their understanding of the company's harassment and discrimination policies. Two of the customer service agents worked in Source One's West Chicago office, and two worked in the company's Elgin office. All four customer service agents reported a similar practice for placing candidates in jobs. First, the job requirements (as defined by the client) are logged into the company's Tempworks database. These requirements may include, among others, heavy lifting, prior work experience, or an ability to speak English or Spanish. Candidates then fill out a job application form and list the industries in which they have experience, their ability to lift 15, 25, 50, or 75 pounds, and their ability to speak English and Spanish. Customer service agents enter this information into the Tempworks database, so that they can search for individuals who possess these abilities and experience.

All four customer service agents who were interviewed said that they search for candidates first by offering the job to people who call the office or walk into the office looking for work. If a job is not filled by one of these individuals, then the customer service agent searches Source One's database for candidates who are marked "active" in the database and who satisfy the job requirements imposed by the client.[1] Often two customer service agents will begin calling people from the same list, with one agent calling from the top of the list and one

---

[1] When Source One first inputs an applicant into the Tempworks database, he or she is marked "active." If, at some point, the individual informs Source One that he or she is no longer looking for work or stops responding to Source One phone calls, then the individual's status is changed to "inactive."

calling from the bottom of the list. If a job is not filled after calling individuals marked "active" in the database, then the customer service agent begins calling individuals who are marked "inactive" in the database.

All four customer service agents stated that if they received a discriminatory request from a client, then they would immediately report the request to Gabby Muñoz and inform the client that Source One must place the best qualified candidate in the job without regard to gender, age, race, etc. Additionally, all four customer service agents attended Source One's July 2015 EEO training and stated that if a Source One employee complained about discrimination or harassment, they immediately would report the complaint to Gabby Muñoz.

## C. Review of Company Documents.

I reviewed a number of company documents related to my duties as Monitor, including: application forms completed by individuals seeking employment through Source One, spreadsheets identifying the names of individuals who Source One placed at particular client locations during 2015, and data recording how Source One customer service agents selected individuals for placement at client sites.

When reviewing the application forms, I paid particular attention to how individuals completed the section asking whether an individual was willing to accept a job requiring them to lift 15, 25, 50, or 70 pounds. Based on my sample of approximately 150-200 applications, I determined that individuals with traditionally female names were significantly less likely than individuals with traditionally male names to accept jobs with 50 or 70 pound lifting requirements. However, some women did state that they were willing to perform heavy lifting jobs. Out of the applications I reviewed, I found at least twelve application forms completed by

6

individuals with traditionally female names who indicated a willingness to work in positions with a fifty-pound lifting requirement.

I asked Gabby Muñoz to search for these individuals in the Tempworks database. Ten of the women had their lifting requirements correctly inputted into the database, and two had their lifting requirement inputted incorrectly. Therefore, for these two women, the database suggested that they were not willing or able to lift fifty pounds, even though their applications suggested otherwise. This mistake could have prevented them from being offered heavy lifting jobs.

In addition to reviewing job application forms, I also reviewed spreadsheets identifying the names of individuals placed at certain popular client locations during the year 2015. I quickly determined that this information was unhelpful, however, because Source One did not record the gender of the individuals listed on the spreadsheets, nor did Source One record the gender makeup of its workforce overall. As a result, I could not make any conclusions about whether Source One disproportionately assigned male or female applicants to any particular client site.

Finally, I reviewed documents recording how Source One performed searches to select candidates for job placement. For a period of almost two months, Source One asked customer service agents to record how they identified each individual placed for a job. The records reveal that – during the time period in question – Source One filled most of its jobs by offering them to individuals who recently contacted the office looking for work. A minority of jobs were filled by searches using the Tempworks database, and still other jobs were filled based on individuals referred to Source One through its customers.

**D. E-mail Searches.**

Lastly, on October 8, 2015, I went to Source One's West Chicago office to search Ms. Muñoz e-mail account for discriminatory client requests. I selected Ms. Muñoz's e-mail account

7

because Jeff Reedy informed me that she was the primary contact for Source One clients making job orders. I spent approximately forty-five minutes searching Ms. Muñoz's e-mail account using search terms such as, "male", "female", "guys", "men", "women", and "younger." As a result of these searches, I uncovered two 2014 discriminatory requests that were fairly blatant in their gender preferences and two 2015 discriminatory requests that were more innocuous. The e-mails are attached to this report as Exhibit B. The 2014 requests are clear in requesting one gender or the other, while the 2015 requested "four guys" and "six guys" for different positions. In my mind, the latter requests are more innocuous because some people use the word "guys" to describe a group of men and women. Therefore, it is not clear whether the clients were actually demanding workers of a particular gender. To Source One's credit, Gabby responded to one of the more blatant discriminatory requests (from 2014) by informing the client that Source One would send "the best candidate qualified for this position." Moreover, this e-mail exchange occurred before the Consent Decree was in place, suggesting that Source One was already training its employees to resist this kind of discrimination.

### Review of Source One Policies and Practices

A.  **An assessment of whether Defendant maintains or has successfully implemented each specific policy and practice ordered in Paragraph 38.**

Based on my observations, Source One provides clear instructions to temporary employees about to how to make a complaint of discrimination, including identifying the person to whom the employees can make such a complaint. Source One provides each job applicant a copy of the company's harassment/discrimination policy, which instructs individuals to call Source One's Employee Hotline if they wish to report harassment, discrimination, or retaliation. The form provides two numbers that an individual may call to report harassment and is available in English and Spanish. To ensure that Source One's harassment policy is effective, I had a

8

paralegal call the Employee Hotline at 6:00 p.m. on November 3, 2015 in an effort to confirm that the numbers are operational. The paralegal pretended to be an employee making a complaint about harassment and left a voice message (in Spanish) requesting a return phone call. Within ten minutes, the paralegal received a return phone call from Ms. Muñoz.

Additionally, Source One appears to be responding appropriately to complaints that even remotely sound like harassment or discrimination. Source One submitted a bi-monthly report recording two potential complaints. In the first, a client reported that a maintenance worker accidentally touched a female Source One employee's buttocks. Though the employee seemed to be satisfied with the client's response to the incident, Source One nevertheless contacted its employee to ensure that she was content with the way the incident was handled. With respect to the second complaint, a Source One employee said that her Indian supervisor was racist and not treating people fairly. Source One met with the client's owner in an effort to determine the basis of the complaint and to make certain that there were no further problems going forward.

Additionally, Defendant has changed its employment application for temporary employees, such that it does not include any questions relating to an applicant's prior medical history or injury. Defendant's revised application form is available to candidates in both English and Spanish.

Finally, Defendant has adopted an employee search process for identifying qualified employees for open assignments. Specifically, Source One has implemented a standard operating procedure that reads as follows:

6.4 Upon receiving a valid Client request for an employee, the employee placement specialist shall search for a candidate – first by offering the position to qualified applicants who recently contacted the Company about work and then by searching for active candidates in the Company's database.

6.5 All positions shall be offered to qualified candidates in the same manner, regardless of gender, race, disability, age, or other protected status. For example,

qualified female candidates shall be offered positions that require heavy lifting the same way that men are offered those positions, and qualified male candidates shall be offered light industrial positions in the same way that women are offered those positions.

6.6    When searching for candidates using the Company's database, the employee placement specialist shall create a list of active candidates that meet the specifications requested by the Client and randomly contact the candidates.

For assignments that require a specific skill set or prior experience, the new procedures require Source One to record the skill set or prior experience in its Tempworks database before searching for candidates to fill the position. In July 2015, I approved these new procedures, and David Moore of Laner Muchin Ltd. trained all Source One customer service agents about the importance of not assigning an employee to a job site based on an employee's protected status or a client's discriminatory request.

In sum, Source One has adopted policies required by Paragraph 38 of the Consent Decree. However, I do not have enough information to state definitively whether Source One has implemented a candidate search process that is gender neutral. Though I have no information suggesting that Source One has placed an employee based on gender or engaged in any other discriminatory placement during the period of this Consent Decree, it would be useful – for purposes of future reports – to have applicant flow data on the gender of Source One applicants and employees to better investigate whether Source One is disproportionately placing men or women at certain client sites. The EEOC's Uniform Guidelines on Selection Procedures require employers to record this information so that they can analyze hiring procedures for possible adverse impact. *See* 29 C.F.R. 1607.4. Without the data, even the most rudimentary adverse impact analysis is not possible.

10

**B.** **For each policy, procedure or practice outlined in Paragraph 38 that has not been maintained or successfully implemented, a statement discussing the reason for Defendant's failure to maintain or implement such policy, procedure or practice.**

All policies, procedures, or practices outlined in Paragraph 38 appear to have been successfully adopted. As discussed above, it would be useful to have more data to better evaluate whether the new candidate search process has been fully implemented. As it stands, I have no way of using applicant flow data to determine if Source One is disproportionately placing men or women at certain client sites.

**C.** **An evaluation of the impact of any specific changes made pursuant to this Decree.**

Source One's new harassment and discrimination policy will undoubtedly make it easier for Source One employees to report harassment and discrimination. There is now a single phone number for reporting discrimination, and that phone number is distributed to all employees in their hiring packet. Source One management has been trained on how to investigate harassment and discrimination complaints and understands the importance of responding quickly to any such complaints.

Additionally, my interviews show that customer service agents know that discriminatory client requests are illegal and must be reported immediately to management. In my mind, this suggests that Source One's new policies and July 2015 training have had their intended effect. Moreover, Ms. Muñoz's response to a 2014 discriminatory e-mail request, attached as Exhibit B, shows that – even before the Consent Decree was entered – Source One had trained customer service agents on how to respond to discriminatory requests. Finally, Source One has submitted a bi-monthly report that flagged two discriminatory requests. *See* Exhibit C. This also suggests that Source One is taking efforts to respond appropriately to discriminatory requests. Lastly, Source

One's prompt responses to two recent complaints of harassment suggest that the company understands the need to engage its clients in order to respond effectively to allegations of discrimination and harassment.

### D. An assessment of the effectiveness of Defendant's policies and practices for achievement of having gender neutral employee referral practices.

My interviews with customer service agents suggest that Defendant's policies and practices are effective in achieving gender neutral referral practices. However, it is difficult to perform any real analysis on the effect of Defendant's policies and practices without any gender data.

### E. Recommendations for any changes to existing practices, policies, or programs or any additional policies, practices, or programs that the Monitor deems necessary or appropriate for achieving compliance with the terms of this Decree.

At this time, I do not have any additional recommendations for changes to existing practices, policies, or programs, other than that Source One begin tracking the gender of job applicants in its Tempworks database.

### F. Timetables for implementation and completion of compliance with any of [the Monitor's] recommendations, subject to the terms of this Decree.

Source One has adopted all of my recommendations, except the recommendation to track the gender of job applicants. The district court ultimately will determine whether and when that recommendation will be implemented.

Dated: November 6, 2015

Respectfully Submitted,

_____

Christopher J. Wilmes



| | | |
|---|---|---|
| **STANDARD OPERATING PROCEDURE** | | **SOP CEP 002-1.0**<br>**Page 1 of 4** |

| | | | |
|---|---|---|---|
| **TITLE:** | Candidate Screening and Selection | | |
| **NUMBER:** | SOP CEP 002 | **WRITTEN BY:** | Jeff Reedy |
| **DEPARTMENT:** | Contract Employment | **EFFECTIVE:** | 7/13/2015 |

**1    PURPOSE**

1.1    This SOP defines the process the Company will use to select the correct and qualified candidate for placement at a Client location to perform job functions or duties for the Client

**2    SCOPE**

2.1    This SOP applies to the proper selection of qualified employees from the list of available candidates from the Company

**3    REFERENCES AND ATTACHMENTS**

3.1    SOP ADM 002 – Definitions

3.2    SOP CEP 001 – Candidate Application

**4    RESPONSIBILITIES**

4.1    Administration

4.2    Employee Placement Specialists

**5    DEFINITIONS**

5.1    (None)

**6    PROCEDURE**

6.1    The Company will not make a placement decision that discriminates against individuals based on a protected characteristic in violation of federal, state, or local law.

6.2    The Company, upon receipt of an employee request from a Client, will process the request and search for an appropriate candidate to fill the position requested.

6.2.1    If the Client requests a particular skill set or experience associated with the job assignment, then the Company will document the request in the Company's database.

6.2.1.1    For example, if the Client requests an employee who can lift fifty pounds repeatedly throughout a shift, then the employee


STAFFING

**STANDARD OPERATING PROCEDURE**

placement specialist must document the requirement.

6.3 The Company will review a Client's request to insure that it does not unlawfully exclude a candidate based on a protected characteristic in violation of federal, state, or local law.

6.3.1 The employee placement specialist will review the employee request from the Client and insure that any specific request that would limit any candidate from employment (e.g., a minimum lifting requirement), is a valid request based on the job title and/or job description as provided by the Client.

6.3.1.1 If the employee placement specialist determines that any job specification that limits any candidate from being considered as a candidate for employment at the Client, is not valid based on the job title and/or description, the employee placement specialist will ask for further clarification from the Client as to the purpose of the request.

6.3.1.1.1 If the limiting job specification is not valid for the job title and/or description as requested by the client, the employee placement specialist will inform the Client that the Company will not take that individual factor into consideration when selecting an appropriate candidate.

6.3.1.1.1.1 If the Client persists in requiring the candidate to possess the limiting factor after the Company determines the factor is not valid, then the Company will report the Client to the proper monitoring agency.

6.3.1.1.2 If the limiting job specification is valid for the job title and/or description as requested by the Client, the employee placement specialist will take that individual factor into consideration when selecting an appropriate candidate.

6.3.2 If the Company determines that the Client has made a request that intentionally excludes individuals in a protected class, the Company will record the request by completing the Company's "Discriminatory Client Request Form" and report the Client to the proper agency monitoring such requests.

6.4 Upon receiving a valid Client request for an employee, the employee placement specialist shall search for a candidate – first by offering the position to qualified applicants who recently contacted the Company about work and then by searching for active candidates in the Company's database.

6.5 All positions shall be offered to qualified candidates in the same manner, regardless of gender, race, disability, age, or other protected status.



**STANDARD OPERATING PROCEDURE**

SOP CEP 002-1.0
Page 3 of 4

6.5.1  EXAMPLE: Qualified female candidates shall be offered positions that require heavy lifting the same way that men are offered those positions, and qualified male candidates shall be offered light industrial positions in the same way that women are offered those positions.

6.6  When searching for candidates using the Company's database, the employee placement specialist shall create a list of active candidates that meet the specifications requested by the Client and randomly contact the candidates.

6.7  Candidates will be given hiring priority if the person has previously worked for the client within the past 6 months, if the person has successfully completed and assignment for The Company, if the person has contacted The Company within the past week and stated that they are available for placement, and/or if the person is at a Company facility waiting for or applying for placement.

6.8  Upon acceptance of the position by the candidate.  Once a candidate accepts a position, the employee placement specialist will provide the candidate, where appropriate, with a conditional offer of employment (COE).

6.8.1  The COE is tendered if the Client requires a background check or any other valid specification of employment.

6.9  If the Client directly contacts a former employee for reassignment, the Company will review the reassignment request to determine if the reassignment is discriminatory towards a protected class.

6.9.1  If the Company finds that the reassignment request violates the Company's candidate screening and selection process, the Company will notify the employee that the current assignment will terminate at the end of the current shift, and the Company will assign a new candidate to the Client.

6.10  If, at any time, the Company receives any indication, whether verbal, written or implied, that any activities that would be considered as discriminatory or harassing, are occurring at any Client location, either from current or past employees, the Company will record the activity and conduct an investigation in accordance with SOP ADM 010.

 **STANDARD OPERATING PROCEDURE**          SOP CEP 002-1.0
Page 4 of 4

## DOCUMENT CHANGE HISTORY

**TITLE:**     Candidate Screening and Selection

**NUMBER:**   SOP CEP 002

---

**VERSION:** 1.0

**CHANGE:**    New procedure.

---

 STANDARD OPERATING PROCEDURE

SOP ADM 008 – 1.0
Page 1 of 5

| | |
|---|---|
| **TITLE:** Anti-Harassment, Discrimination, and Retaliation Policy | |
| **NUMBER:** SOP ADM 008 | **WRITTEN BY:** Jeff Reedy |
| **DEPARTMENT:** Administration | **EFFECTIVE:** 7/13/2015 |

**1   PURPOSE**

1.1   This SOP describes what Source One Staffing and its affiliates considers to be harassment or any other behavior that discriminates against any protected class of employee and/or creates a hostile work environment for any individual or group of employees.

**2   SCOPE**

2.1   This SOP applies to all forms of adverse behaviors that create a hostile working environment. This policy only defines the behaviors and does not include how to investigate or any actions the Company will take as a result of any investigation.

**3   REFERENCES AND ATTACHMENTS**

3.1   SOP ADM 002 – Definitions

3.2   SOP ADM 009 – Employee Harassment & Discrimination Reporting

3.3   SOP ADM 010 – Harassment & Discrimination Investigations

**4   RESPONSIBILITIES**

4.1   All Office Personnel

**5   DEFINITIONS**

5.1   Adverse Act – Any instance of discrimination, harassment or retaliation against any protected class as defined by state and federal law.

5.2   Complainant – Person bringing forth an allegation of harassment or retaliation

5.3   Employee Advocate (EA) – Office person(s) selected to hear employee complaints and assist them in making a formal complaint.

5.4   Respondent – Person and/or company that has perpetrated an alleged adverse act.

5.5   Retaliation – Taking adverse actions against an employee as a result of that employee reporting an act of harassment, discrimination or any other unlawful act.

5.6   Harassment – Any verbal or physical conduct designed to threaten, intimidate, or



STANDARD OPERATING PROCEDURE

coerce an employee.

5.7   Discrimination – Unlawfully treating an employee differently because of their race, color, religion, gender, disability, age, sexual orientation, national origin, or pregnancy status.

## 6   PROCEDURE

6.1   Source One staffing is an equal opportunity employer and will not tolerate unlawful discrimination or harassment based on race, religion, sex, gender, age, national origin, disability status, sexual orientation, genetic information, marital status or any other protected class as stated by Federal or State law.

6.2   Any employee experiencing an Adverse Act has the opportunity to report the experience to the Company as per SOP ADM 009 – Employee Harassment & Discrimination Reporting.

6.3   Appropriate disciplinary action will be taken against anyone violating this policy. Actions may include verbal or written reprimand, suspension with or without pay, up to and including termination.

6.4   Any and all clients that are found to be in violation of this policy will be informed in writing of the violation(s) as per SOP ADM 010 - Harassment & Discrimination Investigations.

6.5   The Company prohibits any act of harassment, discrimination, or retaliation by any employee, or client towards any Company employee.

    6.5.1   The Company does not make any employment decisions based on any protected class as defined by state or federal law.

6.6   The Company prohibits harassment of any kind by or against any employee. This includes verbal and nonverbal harassment that, in the employee's opinion is threatening or impairs his or her ability to perform his or her job.

    6.6.1   Verbal harassment is considered to include comments that are offensive and unwelcome regarding a person's nationality, origin, race, color, Religion, gender, sexual orientation, age, body, disability or appearance. This includes epithets, slurs and negative stereotyping.

    6.6.2   Nonverbal harassment is considered to include distribution, display or discussion of any written or graphic material that ridicules, denigrates, insults, belittles or shows hostility, aversion or disrespect toward an individual or group because of national origin, race, age, gender, sexual orientation, pregnancy, appearance, disability, sexual identity marital or other protected class.

6.7   The Company will not tolerate any form of sexual harassment. Sexual harassment is considered to include unwelcome sexual advances, requests for sexual favors and other verbal or physical conduce of a sexual nature when such conduct is used as a basis for employment decisions or the effect of which creates

 **STANDARD OPERATING PROCEDURE**     SOP ADM 008 – 1.0
                                                          Page 3 of 5

an intimidating, hostile or offensive working environment. Courteous, mutually respectful, pleasant and non-coercive interactions between employees that are welcomed by both parties are not considered sexual harassment. Examples of sexual harassment are:

6.7.1   "Quid pro quo" harassment occurs when a supervisor or co-worker uses sexual favors as a basis for employment decisions for such things as benefits, raises, promotions or better working hours.

6.7.2   "Hostile working environment" harassment is considered to be when the harassment is of a sexual nature and the behavior creates an offensive and/or unpleasant working environment.

6.7.3   Verbal sexual harassment includes innuendoes, suggestive comments, jokes of a sexual nature, sexual propositions, lewd remarks or threats, requests for any type of sexual favor (including repeated and unwelcome requests for dates), and verbal abuse even of a "kidding" nature.

6.7.4   Nonverbal sexual harassment includes distribution, display or discussion of any written or graphic material (calendars, posters and/or cartoons) of a sexually suggestive nature or that show hostility towards a group because of sex. Also, suggestive or insulting sounds, leering, staring, whistling, obscene gestures, content in letters, notes or messages, or any other form of communication, that is sexual in nature and offensive

6.7.5   Physical sexual harassment includes unwelcome and/or unwanted physical contact such as touching, tickling, pinching, patting, brushing up against, hugging, cornering, kissing and fondling and forced sexual intercourse or assault.

6.8   The Company forbids any employee or client from retaliating against any employee or otherwise bringing about hardship, loss, benefit or penalty as a result of any employee either filing or responding to a bona fide complaint of discrimination or harassment, appearing as a witness in any investigation, or serving as an investigator in a complaint.

6.9   The Company strongly discourages any romantic or sexual relationships between any employee and a member of management, supervisor or any member of the employee's staff, whether at the Company or at a Client location as the possibility of a quid pro quo harassment claim may be made.

6.9.1   Any member engaging in such a relationship must immediately report it to a member of the Company upper management.

6.9.2   The Company will review the situation with the legal staff as well as, if necessary, a member of the client's upper management if the activity is taking place at a client location.

6.9.2.1   A review of such situations includes, but is not limited to, reporting relationship between the parties involved, effect on

 **STANDARD OPERATING PROCEDURE**

SOP ADM 008 – 1.0
Page 4 of 5

co-workers, job titles of the individuals, etc.

6.9.3 The Company will make a determination, in conjunction with the Client where necessary, to determine the correct action up to, and including, removing the employee from the Client's location and placing the employee at any other available position.

6.9.4 Failure to report a romantic or sexual relation between any employee, is cause for disciplinary action by the Company up to and including termination.

6.10 Any employee that feels that a violation of this policy has occurred, may file a complaint as per SOP ADM 009 – Employee Harassment & Discrimination Reporting.

6.11 Nothing in this policy should be considered as a restriction from any person pursuing formal legal remedies or resolution through local, state or federal agencies or courts.

 **STANDARD OPERATING PROCEDURE**   SOP ADM 008 – 1.0
Page 5 of 5

## DOCUMENT CHANGE HISTORY

**TITLE:**   Harassment Policy

**NUMBER:**   SOP ADM 008

---

**VERSION:** 1.0

**CHANGE:**   New procedure.

---

 STANDARD OPERATING PROCEDURE

SOP ADM 009 – 1.0
Page 1 of 4

| TITLE: | Employee Harassment & Discrimination Reporting | | |
|---|---|---|---|
| NUMBER: | SOP ADM 009 | WRITTEN BY: | Jeff Reedy |
| DEPARTMENT: | Administration | EFFECTIVE: | 7/13/2015 |

**1  PURPOSE**

1.1  This SOP defines the procedure receiving, processing and reporting of employee complaints for acts of discrimination, harassment, or retaliation as defined by state or federal law including Title VII of the Civil Rights Act of 1964, the Age Discrimination Act of 1975, the Americans with Disabilities Act of 1990, and the Illinois Human Rights Act.

**2  SCOPE**

2.1  This SOP applies to complaints resulting from acts of discrimination, harassment or retaliation only.  The procedure does not cover other complaints not classified as discriminatory or harassing acts.

**3  REFERENCES AND ATTACHMENTS**

3.1  SOP ADM 002 – Definitions

3.2  SOP ADM 008 – Harassment Policy

3.3  SOP ADM 010 – Harassment & Discrimination Investigation

3.4  ATT ADM 006 – Employee Complaint Form

**4  RESPONSIBILITIES**

4.1  All office personnel

**5  DEFINITIONS**

5.1  Adverse Act – Any instance of discrimination, harassment or retaliation against any protected class as defined by state and federal law.

5.2  Complainant – Person bringing forward an allegation or harassment or retaliation.

5.3  Employee Advocate (EA) – Office person(s) selected to hear employee complaints and assist them in making a formal complaint.

5.4  Respondent – Person and/or company that has perpetrated an alleged adverse act.

5.5  Retaliation – Taking adverse actions against an employee as a result of that employee reporting an act of harassment, discrimination or any other action by a



**STANDARD OPERATING PROCEDURE**

company or other employee.

5.6 Harassment – Any verbal or physical conduct designed to threaten, intimidate, or coerce an employee.

5.7 Discrimination – Unlawfully treating an employee differently because of their race, color, religion, gender, disability, age, sexual orientation, national origin, or pregnancy status.

## 6 PROCEDURE

6.1 Source One staffing is an equal opportunity employer and will not tolerate unlawful discrimination or harassment based on race, religion, sex, gender, age, national origin, disability status, sexual orientation, genetic information, marital status or any other protected class as stated by Federal or State law.

6.2 The Company will not tolerate any instance of retaliation against any employee due to the employee's reporting of any instance of discrimination.

6.3 Any violation of the Source One Discrimination, Harassment, and Retaliation Policy (SOP ADM 008) is subject to this procedure.

6.4 Any report or complaint by an employee regarding any discriminatory act is kept as confidential as possible and the privacy of the individual(s) involved and the wishes of the complaining person(s) is protected to as great a degree as is legally possible.

6.5 The Company posts in a conspicuous place, a notice that instructs employees as to how to contact a governmental agency in order to report any Adverse Act.

6.6 Nothing in this procedure is meant to, or be implied to, restrict or prohibit any employee from pursuing any legal action outside of this procedure.

6.7 The Company provides, for the employee's benefit, a person(s) that acts as a confidential reporting agent for any and all Adverse Acts experienced by the employee.

    6.7.1 Employee Advocates are required to speak Spanish and English.

6.8 Any Company employee who becomes aware of any act of discrimination or retaliation, either directly or indirectly, is to report this to an Employee Advocate (EA).

6.9 The EA contacts the employee that has brought the claim of any adverse act.

    6.9.1 If the employee is on-site, the EA speaks with the employee directly.

6.10 The EA asks the employee if they would wish to discuss the adverse act with them in private and tells the employee that the Company is committed to eliminating unlawful discrimination and harassment.

6.11 If the employee wishes to speak with the EA, the EA takes the employee to an area of the office that is private, and non-threatening.

 **STANDARD OPERATING PROCEDURE**     SOP ADM 009 – 1.0
Page 3 of 4

6.12    The EA asks the employee to verbally detail the Adverse Act or if the employee would wish to fill out an Employee Complaint Form (ATT ADM 006 – Employee Complaint Form).

    6.12.1  If the employee wishes to orally explain the Adverse Act, the EA takes notes of the conversation and completes the Employee Complaint Form on behalf of the employee.

    6.12.2  All Employee Complaint Forms and other notes of the conversations are maintained on file.

6.13    The EA forwards the Employee Complaint Form to Company upper management, and an investigation is performed as stated in SOP ADM 010 – Harassment, & Discrimination Investigations.

6.14    Nothing in this procedure prevents any person from pursuing formal legal remedies or resolution through local, state or federal agencies or courts.



**STANDARD OPERATING PROCEDURE**

SOP ADM 009 – 1.0
Page 4 of 4

## DOCUMENT CHANGE HISTORY

**TITLE:** Employee Harassment & Discrimination Reporting

**NUMBER:** SOP ADM 009

---

**VERSION:** 1.0

**CHANGE:** New procedure.

---

 STANDARD OPERATING PROCEDURE  SOP ADM 010-1.0
Page 1 of 4

| TITLE: | Harassment, Discrimination, and Retaliation Investigations | |
|---|---|---|
| NUMBER: | SOP ADM 010 | WRITTEN BY: Jeff Reedy |
| DEPARTMENT: | Administration | EFFECTIVE: 7/13/2015 |

**1  PURPOSE**

1.1  This SOP defines the general procedure for conducting investigations after an employee presents an allegation of harassment or discrimination

**2  SCOPE**

2.1  This SOP is intended to be a general guideline into the process of conducting an investigation of harassment and/or discrimination. This policy is meant only to provide general instruction and may be amended depending on the circumstances of the individual situation

**3  REFERENCES AND ATTACHMENTS**

3.1  SOP ADM 002 – Definitions

3.2  SOP ADM 008 – Harassment Policy

3.3  SOP ADM 009 – Employee Harassment & Discrimination Reporting

3.4  ATT ADM 006 – Employee Complaint Form

**4  RESPONSIBILITIES**

4.1  All office personnel

**5  DEFINITIONS**

5.1  Adverse Act – Any instance of discrimination, harassment or retaliation against any protected class as defined by state and federal law.

5.2  Complainant – Person filing an adverse act complaint.

5.3  Employee Advocate (EA) – Office person(s) selected to hear employee complaints and assist them in making a formal complaint.

5.4  Respondent – Person(s) or company as to who a complainant is filing an adverse act complaint against.

5.5  Retaliation – Taking adverse actions against an employee as a result of that employee reporting an act of harassment, discrimination or other unlawful act.

5.6  Harassment – Any verbal or physical conduct designed to threaten, intimidate, or



**STANDARD OPERATING PROCEDURE**

coerce an employee.

5.7   Discrimination – Unlawfully treating an employee differently because of their race, color, religion, gender, disability, age, sexual orientation, national origin, or pregnancy status.

## 6   PROCEDURE

6.1   As soon as possible after receiving an Employee Complaint Form (ATT ADM 006) from an employee, the Employee Advocate (EA) forwards the complaint form to a member of the Company's upper management.

   6.1.1   No formal action is to be taken against any person or client unless the Company receives an Employee Complaint Form alleging harassment, discrimination, or retaliation. .

6.2   As soon as possible after receiving the Employee Complaint Form, Company upper management notifies the Company's legal team of the complaint.

6.3   Within two business days of receiving the complaint, upper management informs the respondent that a complaint has been filed.

   6.3.1   Upon approval of the Company's legal team, officials of any client location that is involved in the adverse act are notified that a complaint involving their company / location has taken place.

6.4   As soon as possible after receiving an Employee Complaint Form, upper Management initiates an investigation to determine if there is reasonable basis for believing that the alleged conduct occurred.

   6.4.1   If the complaint involves a client location, upper management requests a representative from the client to assist with the investigation.

6.5   If the Company's investigation indicates that the Complainant experienced harassment, discrimination, or retaliation at a client's workplace, then the Company shall immediately request that the Client takes steps to prevent the individual engaging in the discriminatory, harassing, or retaliatory behavior from interacting with the Complainant.

6.6   If the Client is unwilling or unable to prevent the individual engaging in the discriminatory, harassing, or retaliatory behavior from interacting with the Complainant, then the Company will reassign the Complainant to work at a different client location without any reduction in pay.  The Company shall make every effort to place the Complainant in a new position with a work schedule that is convenient for him or her.

6.7   If the complaint does not involve a client location, upper management shall take immediate steps to ensure that no continued harassment, discrimination, or retaliation can take place during the course of the investigation. Upper management shall take these steps while ensuring that the complainant's pay is unaffected during the course of the investigation.



6.8    Within 10 business days, the person(s) reviewing the complaint will submit a written report of the findings to all members of Company upper management, Company legal team and any officials at a client location that is named in the investigation.

6.9    The report shall determine if an adverse act occurred and whether it violated the Company's harassment and discrimination policy (SOP ADM 008).

     6.9.1    If it is determined that an adverse act occurred and that it violated the policy, then Company will take immediate and appropriate action based on the severity, frequency and pervasiveness of the conduct by the respondent.

     6.9.2    If the investigation is inconclusive, or it is determined that there has been no violation of the Company's policy, BUT potentially harmful conduct may have occurred, the Company will take appropriate disciplinary action up to and including termination of Company employees responsible for the conduct.

6.10    As soon as possible after the conclusion of the investigation, the Company's upper management representative will meet separately with the Complainant, the Respondent, and the client and inform them of the action(s) being recommended.

6.11    Within five business days of the meeting, the complainant, the respondent, and the client may provide a written response to the findings.

6.12    Within ten business days from the meetings with the complainant and the respondent and/or client, the Company will review all information regarding the investigation, including the investigation conclusion, as well as any statement(s) made by the complainant and respondent and/or client, with the Company's legal team and determine whether to reconsider its original decision.

6.13    Nothing in this procedure should be considered as a prevention of any complainant or respondent from pursuing any formal legal remedies or resolution through local, state or federal agencies or courts.

 **STANDARD OPERATING PROCEDURE**     **SOP ADM 010-1.0**
                                                            **Page 4 of 4**

## DOCUMENT CHANGE HISTORY

**TITLE:**     Harassment, Discrimination, and Retaliation Investigations

**NUMBER:**     SOP ADM 010

---

**VERSION:** 1.0

**CHANGE:**     New procedure.

---



# CLIENT SERVICE AGREEMENT

| Client Company: | | Billing Contact: | | | |
|---|---|---|---|---|---|
| Contact: | | Billing Address: | | | |
| Address: | | Billing City/Zip: | | | |
| City & ST: | | Billing Phone: | | | |
| Phone: | | Billing Fax: | | | |
| Fax: | | Email: | | | |
| It is agreed that the Client Company and/or its agents will not place Source One, Inc. employees in a hazardous environment or in a job outside the ones described in this section. | | | | | |
| Position Description: | Shift: | Report to: | WCC* | | Bill Rate: |
| Position Description: | Shift: | Report to: | WCC* | | Bill Rate: |
| Types of Safety Equipment Required: Client Company provided | | | | | |

\* A Source One, Inc. Account Representative must fill in Worker Comp Codes.

The Client Service Agreement ("Agreement") is effective as of the date and acknowledgement of this document, which will be evidenced by this signed document and use of the services of Source One Staffing, Inc. by Client Company. Client Company accepts terms of the agreement. **Source One Staffing, Inc.** hereafter will be referred to as **"Source One"** and **Client Company** as **"CC"**.

**Source One is an equal opportunity employer and will not discriminate on the basis of sex, race, national origin and/or disability. Source One prohibits all types of harassment or retaliation of any employee of Source One. All instances of discrimination, harassment or retaliation by any CC of an employee of Source One will be immediately reported.**

ACKNOWLEDGEMENT. CC acknowledges that CC has expressed a desire in using Source One's services to provide temporary labor (Employees) either immediately, or sometime in the near future.

TERMS OF AGREEMENT. This Agreement will remain in effect until terminated by either CC or Source One. All obligations that survive the termination of this Agreement shall remain in full force and effect after termination of this Agreement for any reason.

SERVICES. Source One will provide CC with Employees in various quantities, as requested by CC. CC agrees that Source One may rely on telephone, text messaging and email instruction from CC's employees for such requests. CC agrees to supervise and control the conduct and work quality of the Employee(s).

TIME RECORDS. CC agrees to send the time records of all Employees using the Source One time record document provided by Source One to CC. CC shall use the time record document to, confirm the hours worked by the Employee(s). If a time record is lost or destroyed, CC agrees that Source One may rely on other methods to confirm the hours worked by the Employee(s).

MINIMUM BILING. CC agrees that the minimum order is for 4 hours. Any order for less than 4 hours will be billed at the 4 hour minimum.

OUR COMPENSATION. CC agrees to pay Source One for the service provided based upon the bill rate for the Employees used. <u>Source One invoices weekly, and CC agrees to pay Source One within Ten (10) days of receipt of the invoice. Amounts unpaid for thirty (30) days will bear interest at either eighteen percent (18%) per annum, or the maximum rate allowed by law.</u>

1

initial _____

**ACA SURCHARGE.** CC shall pay a surcharge in an agreed sum relating to the operation and administration of the Affordable Care Act.

**EMPLOYEE COMPENSATION.** Source One reserves the sole right to establish the wages and fringe benefits, if any, and assumes responsibility for the payment of such compensation to the Employees, the withholding and payment of all required payroll taxes, and the maintenance of Worker's Compensation insurance as required by state law.

**SOLICITATION OF EMPLOYEES.** In the event that CC hires, or transfers any one or more of the Employees to any other staffing agency or payroll agency, CC agrees to pay Source One a placement commission for each non-skilled Employee pursuant to the Illinois Day Labor Act 820 ILCS 175. For all skilled Employees CC hires for employment with CC or shall pay Source One the amount of twenty (20%) of the Employee's first year's annual salary.

**EMPLOYEE TESTING.** CC agrees to provide Source One with the results of any testing conducted on Source One employees. CC further agrees that they will receive proper permission from Source One employees to conduct such testing/screening and to release the results of such testing/screening to Source One prior to performing the testing or screening. This includes, but is not limited to, any type of test or screen involving employment eligibility, compliance, cognitive testing, drug or alcohol testing, background screening, and strength or dexterity testing. CC agrees that such testing shall be performed in accordance with federal, state and local laws.

**TRAINING RECORDS.** CC will make available to Source One, any and all training records for all Employees provided by Source One to CC.

**CONSTRUCTION PROJECTS.** If Source One Employees are to provide construction services the CC agrees to provide Source One with a copy of the notice of commencement for the project and a copy of the payment bond. CC also agrees to execute such other documents as may be reasonably required by Source One.

**WORK FOR GOVERNMENTAL AGENCIES.** CC agrees to reimburse Source One if the services provided under this assignment are for work under any contract with any governmental agency that would require payment of a prevailing wage or additional benefits to Employees.

**INDEPENDENT CONTRACTOR.** Source One is an independent contractor in relationship to the CC.

**HOLD HARMLESS.** CC agrees to defend, indemnify and hold Source One harmless from any and all claims and or liability, caused or alleged to have been caused by the acts or omissions of the Employee including but not limited to any claims for bodily injury (including death) or loss of use or damage to property arising or out of the use or operations of a CC owned, non-owned or leased vehicle, machinery or equipment used or driven by Source One Employees. Without limiting the generality of the foregoing, CC specifically assumes and agrees to defend, indemnify and hold Source One harmless of any claims or bodily injury (including death) made by CC employees, and CC agrees to waive any immunity provided by Worker's Compensation or other industrial insurance laws.

**NOTICES.** All notices must be in writing and delivered either by hand, U.S. Mail (certified return receipt requested), or by an overnight courier to Source One's corporate offices located at: 136 W. Washington West Chicago IL 60185.

**ATTORNEY FEES.** In any dispute arising out of or concerning this agreement this Agreement the prevailing party will be entitled to recover its reasonable legal fees and expenses.

**CHOICE OF LAW; WAIVER.** The laws in the State of Illinois will govern this Agreement. In the event of any claim is filed by CC or Source One relating to any dispute arising out of or concerning this Agreement, actions to enforce such claim shall only be brought in Cook County, in the State of Illinois, to the exclusion of all other venues or jurisdictions.

**The Client Company further agrees NOT to allow Source One employees to:**

2

Initial _____

1.  Work off the ground over 6 (six) feet, including but not limited to ladders, roofs and scaffolding.
2.  Work on pitched roofs, work with ANY hazardous materials, or work in any confined spaces or pits.
3.  Work without proper safety equipment or under unsafe conditions.
4.  Drive any type of motor vehicle (i.e. car or truck) unless a Vehicle Hold Harmless Agreement has been signed and attached.
5.  Work without CC supervision and/or proper safety training by CC.

### TRADE REFERENCES

This information below is for the purpose of obtaining credit and warranted to be true.

Source One hereby authorizes the firm to whom this application is made to investigate the references listed pertaining to my/our credit and financial responsibility.

Name:                    Address:                    Phone:

Name:                    Address:                    Phone:

Name:                    Address:                    Phone:

### BANK REFERENCE

Bank:                    Account #:                    Type of Account:

Branch Address:                    City:                    State:          Zip:

### ACCOUNTS PAYABLE CONTACT

Name:                    Phone:                    Fax:

---

## CORPORATE AUTHORIZED SIGNER

Signed and agreed to by:
Client CORPRATE AUTHORIZED

Signed and agreed to by:
Source One Staffing, Inc.

Print Name

Print Name

Date

Date

THIS AGREEMENT MAY NOT BE MODIFIED UNLESS CLIENT COMPANY AND SOURCE ONE AGREE TO MODIFICATION IN WRITING.

---

3                    Initial _____

**ADDITIONAL INFORMATION FOR SOURCE ONE, INC. CORPORATE OFFICE**

Pay Rate(s):             Job Description:             Mark-Up Percent:       ACA Surcharge:

Officer Approval: _____

Is this a Payroll Account? Yes ___ No ___

Is this a C.O.D. Account? Yes ___ No ___

Is a Purchase Order Required?    Yes ___ No ___ If Yes, indicate P.O. # _____

Risk Management Approval:     Yes ___ No ___ Approved worker comp code, rate, and description:

Other:

4                         Initial _____

**SOURCEONE**
STAFFING
136 Washington St.
West Chicago, IL 60185

Phone: 630-293-2600
www.sourceonestaff.com

# Job Application

## Personal Information

| Last | First | MI | Alias / Maiden Name | |
|---|---|---|---|---|

| Home Phone | Mobile Phone | Emergency Phone | Contact |
|---|---|---|---|

| SSN# | Drivers License Number | ☐ N/A   Issuing State |
|---|---|---|

| Mailing Address | City | ST | Zip | E-Mail Address |
|---|---|---|---|---|

| Current Street Address | City | ST | Zip | How Long Years_____ Months_____ |
|---|---|---|---|---|

| Previous Street Address | City | ST | Zip | How Long Years_____ Months_____ |
|---|---|---|---|---|

| Are you entitled to work in the United States?  ☐ Yes  ☐ No | Are you 18 or older? ☐ Yes  ☐ No |
|---|---|

| Military Service? ☐ Yes ☐ No   Branch | Are you a veteran?  ☐ Yes  ☐ No   War |
|---|---|

| What type of position(s) are you applying for? | Minimum Hourly Rate | Date Available | How Will You Get To Work ☐ Own Car ☐ Public Trans. ☐ Ride Share |
|---|---|---|---|

| How did you hear of us? | Shift(s) Available ☐ 1st  ☐ 2nd  ☐ 3rd  ☐ Weekend  ☐ Other_____ |
|---|---|

| Have you ever worked for a temporary staffing company before? ☐ Yes  ☐ No | If "Yes", name of staffing company _____ |
|---|---|

Company You Worked For:_____ City:_____ Supervisor:_____

## Prior Work Experience (Please fill out or attach a work history)

| | Current or Most Recent | Prior | Prior |
|---|---|---|---|
| Employer | | | |
| Address | | | |
| City, ST, ZIP | | | |
| Telephone | | | |
| Name of Immediate Supervisor | | | |
| Dates of Employment | From          To | From          To | From          To |
| Position/Job Title | | | |
| Pay | | | |
| Reason for Leaving | | | |
| May We Contact | ☐ Yes      ☐ No | ☐ Yes      ☐ No | ☐ Yes      ☐ No |

## Education

| | Name/Location | Last Year Complete | Graduated | Major or Emphasis |
|---|---|---|---|---|
| High School | | 9   10   11   12 | Y / N | |
| College/University | | 1   2   3   4 | Y / N | |
| Trade School | | | Y / N | |
| Other | | | Y / N | |
| List any applicable special skills, training, professional certifications or proficiencies. | | | | |

**SOURCEONE**
STAFFING
136 Washington St.
West Chicago, IL 60185

Phone: 630-293-2600
www.sourceonestaff.com

# Job Application

## Languages

| | | Fluent / Primary | Conversational | Written |
|---|---|---|---|---|
| English: | ☐ | ☐ | ☐ | |
| Spanish: | ☐ | ☐ | ☐ | |

Other:_____ ☐ Fluent / Primary  ☐ Conversational  ☐ Written

## Light Industrial
*Please check all that apply*

| | | | | |
|---|---|---|---|---|
| ☐ Machine Operator | ☐ Food Handling | ☐ Hotel Desk | ☐ Load / Unload | ☐ Clerical | ☐ Material Handling |
| ☐ Soldering / Welding | ☐ Banquets | ☐ Janitorial | ☐ Calibrator | ☐ Inspection | ☐ House Keeping |
| ☐ Electrical Knowledge | ☐ Banquet Server | ☐ Maintenance | ☐ Print Shop | ☐ Quality Control | ☐ Warehouse |
| ☐ General Labor | ☐ Host / Hostess | ☐ Assembly | ☐ Bindery | ☐ Landscaping | ☐ Packing |
| ☐ Shipping / Receiving | ☐ Line Chef | ☐ Punch Press | ☐ Mailing | ☐ Driver * | ☐ Inventory |

☐ Powered Industrial Truck (Forklift)     Type(s):_____

Willing To Lift Up To:   ☐ 15 Lbs.   ☐ 25 Lbs.   ☐ 50 Lbs.   ☐ 75 Lbs.

*Requires background check

## Office Skills
*Please check all that apply*

☐ MS Office Suite     ☐ Receptionist     ☐ Data Entry     ☐ Filing     ☐ Book Keeping

☐ Typing  (Words Per Minute _____)

## Software

| | Beginner | Intermediate | Expert |
|---|---|---|---|
| MS Word: | ☐ | ☐ | ☐ |
| Excel: | ☐ | ☐ | ☐ |
| Outlook: | ☐ | ☐ | ☐ |
| Powerpoint: | ☐ | ☐ | ☐ |
| Quickbooks | ☐ | ☐ | ☐ |
| Other:_____ | ☐ | ☐ | ☐ |

**Disclaimer** - By signing, I hereby certify to the following:
The above information, to the best of my knowledge, is correct. I understand that falsification of this information may prevent me from being hired or lead to my dismissal if hired. I also provide consent for former employers to be contacted regarding work records. If I am involved in any accident at any place of employment, whether or not the accident results in an injury to me or any other employee or if the accident results in any damage to property or equipment, I will submit to a drug test.

| Signature | Print Name | Date |
|---|---|---|
| | | |



**STAFFING**

# HARASSMENT AND DISCRIMINATION

Source One Staffing (AKA: "Source One") is committed to maintaining a workplace that is free from discrimination and harassment so that all employees at all levels of Source One are able to devote their full attention and best efforts to their jobs. Discrimination and harassment have no place at Source One or at any Source One events.

Source One does not authorize, practice, condone or tolerate any form of harassment of or by any employee, whether supervisory or non-supervisory, or by any guest, visitor, customer or vendor based on race, sex, religion, color, national origin, age, disability or any other factor protected by law. Harassment includes, but is not limited to offensive language, jokes, or other verbal, graphic or physical conduct relating to an employee's race, sex, religion, color, national origin, age, disability or other legally protected factor which would make a reasonable person experiencing such harassment uncomfortable in the work environment or interfere with the person's job performance.

## *Harassment*
The Company has zero tolerance for all forms of harassment.

Consistent with Source One's belief that each employee should be treated with respect and dignity, harassment in the workplace, whether committed by supervisors, co-workers, customers, clients, or any third parties, is prohibited. All employees are entitled to work in an atmosphere free of harassment or discrimination of any kind. Employees may not make statements or display or use words, objects or pictures that others could interpret as being insulting, derogatory, or slurs towards persons based upon their race, color, national origin, religion, sex, age or disability. Such conduct may make a reasonable person uncomfortable in the work environment or could interfere with an associate's ability to perform their job. Comments or actions of this type are always inappropriate in the workplace or any other Company settings and will not be tolerated.

## *Sexual Harassment*
Sexual harassment refers to behavior that is personally offensive and, like any kind of harassment, may be overt or subtle.

No employee, supervisor, manager, or other person, whether employed by Source One or not, shall threaten or suggest that an employee's unwillingness to submit to sexually harassing behavior or to perform sexual favors or engage in sexual acts, will adversely affect that person's employment, work status, evaluation, wages, advancement, assigned duties, shifts, or any other terms or conditions of employment. Similarly, no employee or other person related to or associated with Source One, regardless of position, shall promise, imply or grant any preferential treatment in terms of employment terms or conditions in return for an employee's acceptance or apparent willingness to accept sexually harassing conduct or perform sexual favors or acts.

### *Retaliation*

No employee shall be retaliated against for filing a complaint under this policy or for assisting in an investigation. Retaliation includes, but is not limited to, interference, coercion, restraint or reprisal. Retaliation does not include disciplinary action taken against an employee who knowingly provides false information to the Company during an investigation.

### *Reporting Harassment, Discrimination or Retaliation*

The Company cannot resolve matters that are not brought to its attention. Any employee, regardless of position, who has a complaint or knows of, or who witnesses harassment by anyone, including supervisory and non-supervisory personnel, employees and non-employees alike, must immediately call the Employee Hotline (847)274-4524 or (630)346-2106.

---

**Source One Employee Hotline**

**(847) 274-4524 / (630)346-2106**

---

### *Investigation*

Source One will promptly and thoroughly and investigate any and all reports of harassment, discrimination or retaliation. Source One will make every effort to keep all details of the investigation confidential as circumstances permit; however, in order to properly investigate claims of harassment, discrimination or retaliation in accordance with legal requirements, Source One cannot and does not guarantee confidentiality.

Source One will meet with the complaining employee and any others involved, including witnesses, to gather all pertinent information and make a determination of the validity of the claims. If the investigation confirms, to the satisfaction of Source One, that harassment, discrimination or retaliation has occurred, Source One will take immediate and appropriate corrective action up to and including discharge.

Cooperation with an investigation is considered a condition of employment. Any employee 1) refusing to cooperate in an investigation, 2) found to be falsifying information during an investigation, or 3) attempting to hinder an investigation, faces disciplinary measures up to and including immediate termination.

---

Employee Signature
Acknowledges Receipt of Policy



136 West Washington St
West Chicago, IL 60185
(630)293-2600

## Source One Staffing Policies and Procedures

## Administrative Policies

Source One Staffing, Inc. ("Source One Staffing") and its affiliates are equal opportunity employers operating as a temporary employment agency. All staffing assignments are first come- first served and Source One Staffing makes no guarantee of employment. Source One Staffing is required, by law, to withhold FICA contributions as well as Federal and State taxes from all wages. Please take the time and read through all information you provide to Source One Staffing to make sure all such information is accurate. If you have any questions, please feel free to ask any Customer service representative or contact the Source One Staffing main office number at (630)293-2600.

**Source One Staffing has the following administrative policies:**

- Complete all documents, including time cards, with your full legal name as it appears on you're the application documents your provided to Source One Staffing.
- Office hours are 8:00 AM – 5:00 PM with a 24 hour answering service.
- You will be paid the following week AFTER the week that you first worked. Paychecks are available for pick up after 3pm as follows:
  - West Chicago office – Wednesday
  - Wood Dale office – Thursday
  - South Elgin office – Friday
- You must present a valid photo ID when picking up your paycheck.
- Our standard pay period is from Sunday through the following Saturday, but is subject to change based on individual client agreements.
- All paychecks must be picked up within 10 days of issuance or Source One Staffing will mail the paycheck to your last known address.
- Pay rates and shifts can vary depending on the company to which you are assigned.
- All employment assignments are considered as temporary and can end at any time and without notice.
- Upon assignment to a position, a Source One Staffing representative will provide you with a Job Assignment Notification which will include the following information.
  - Company name and location.
  - Rate of pay.
  - Hours to be worked, shift, and length of assignment (if known).
  - Supervisor's name at the company assigned.
  - Job and duty description.

_____          _____

Sign                                   Print                              Date

*By signing, I understand and agree to the above contents



138 West Washington St
West Chicago, IL 60185
(630)293-2600

## Source One Staffing Policies and Procedures

### Termination of Employment

We value each and every person that is employed by Source One Staffing. Every attempt is made to match each employee with an assignment that is meaningful and enjoyable. However, there are some instances that require Source One Staffing to terminate an employment relationship. There are times that you as the employee may choose voluntary resign your employment.

**Grounds for Dismissal:**

- Violation of any of either Source One Staffing's or the client's safety rules and policies.
- Violation of either Source One Staffing's or the client's substance abuse policies.
- Violation of either Source One Staffing's or the client's harassment or discrimination policies.
- Insubordination
- Lying, willful deception or knowingly falsifying any document or destroying any document required for an internal or external investigation.
- Willful damage to company property.
- Theft of company or personal property
- Excessive absenteeism or tardiness.
- Possession of weapons while at work or on company premises.
- Fighting or other forms of disorderly conduct while at work or on company premises.
- Punching or signing another employee in or out or generally falsifying hours worked.

**Voluntary Quit**

- No show – no call
- Walking off an assignment prior to your shift end and without approval of the client.
- More than three refusals of suitable assignments without just cause
- When not on assignment, you do not call Source One Staffing to inquire about any open positions more than three weeks in a row.
- Failure to update Source One Staffing as to a new address or phone number.

The above stated policies in no way affect you're at will employment status with Source One Staffing. You may terminate your employment with Source One Staffing at any time, subject to the above state polices. Source One Staffing may terminate you at any time for any reason with cause or without cause.

_____          _____

Sign                              Print                    Date

*By signing, I understand and agree to the above contents and conditions



136 West Washington St
West Chicago, IL 60185
(630)293-2600

## Source One Staffing Policies and Procedures

### Substance Abuse

Creating a healthy and safe work environment for our clients and employees is a top priority of Source One Staffing, Inc. ("Source One Staffing"). A formal policy for substance abuse has been established (Source One Staffing SOP ADM 011). Any person found in violation of this policy is subject to immediate disciplinary action up to and including termination.

- Source One Staffing expressly prohibits the use, possession, solicitation for or sale of narcotics or other illegal drugs, alcohol or prescription medication without a valid prescription on company or client premises or while performing an assignment.
- No employee is to be impaired or under the influence of legal or illegal drugs or alcohol on company or client premises in a way that adversely affects the employee's work performance or creates an unsafe condition for the employee or others or company or client property, or adversely affects Source One Staffing's or the client's reputation.
- Any prescription medication possessed by any employee must have a valid prescription made out to the person in possession of the prescription medication and must have been prescribed by a licensed healthcare provider.
- Source One Staffing may conduct drug and alcohol tests using NIDA standards.
    - All employees are subject to random selection for testing at any time.
    - If any employee of Source One Staffing believes that a drug problem exists such as evidence of drugs, accidents, injuries in the workplace, fights or other behavioral symptoms of drug abuse, negative performance patterns, excessive absenteeism or tardiness
    - After any accident or injury occurring at any workplace assigned
- Any illegal drugs or drug paraphernalia items will be confiscated and turned over to law enforcement officials.
- I hereby authorize and give full permission to have Source One Staffing and/or their medical company physician send a specimen of my urine and/or blood to a laboratory for a screening test for the presence of illegal drugs. I will hold all parties concerned harmless, meaning I will not sue nor hold them responsible for any alleged harm to me, or for interfering with my obtaining a job or continuing employment by not submitting to the tests or as a result of the report from the test. This includes but is not limited to, possible clerical or laboratory error.
- I hold harmless any client that has turned over to Source One Staffing, any reports and/or results from any substance testing that was performed.
- Results of any testing requested by Source One Staffing will be kept confidential in accordance with any State and Federal laws.

_____        _____        _____
Sign                                          Print                                          Date

*By signing, I understand and agree to the above contents and conditions. I also understand that this is to remain in effect for the entire duration of my employment at Source One Staffing and its affiliates. You have the right to review any internal standard operating procedure as mentioned in this policy.

Page 1 of 1



136 West Washington St
West Chicago, IL 60185
(630)293-2600

## Source One Staffing Policies and Procedures

### Safety Policy

Source One Staffing is committed to ensuring that all of our employees work in safe environments. We will do everything possible to prevent workplace accidents and make your employment enjoyable. Your employment is contingent on you following the safety policies and procedures below:

### Safety

- Always follow any and all safety guidelines given to you either by Source One Staffing or the client that you are working for.
- Never act in an unsafe manner.
- Never operate any machine or any equipment without being properly trained.
- Always wear proper personal protective equipment (PPE) provided by either Source One Staffing or the client.
- Employees must report any incident where the client is asking the employee to act or work in an unsafe manner.
- Report any accident that occurs at a client location immediately to your supervisor
- Employees must report any accident that occurs at work to Source One within 24 hours of the accident

_____          _____

Sign                                                    Print                                    Date

*By signing, I understand and agree to the above contents and conditions. I also understand that this is to remain in effect for the entire duration of my employment at Source One Staffing and its affiliates. You have the right to review any internal standard operating procedure that is mentioned in this notice.



136 West Washington St
West Chicago, IL 60185
(630)293-2600

## Source One Staffing Policies and Procedures

## Background Check Authorization

Based on certain Source One Staffing, Inc. ("Employer") client requirements, it may be necessary to investigate the background of any employee assigned to that client. These investigations may include, but are not limited to, searches of financial or credit agencies, records of previous employment, detailed prior work history, educational institutions, military records Workers' compensation records, driver's license records, and/or local, State or Federal criminal history. Please CAREFULLY read the below statements before signing.

- I authorize Source One Staffing ("Employer") to make inquiries to Employers Mutual Association ("EMA"), an information reporting agency, concerning my employment history and qualification; including reported incidents of employment dishonesty, retail theft or other employment related acts of dishonesty. I further authorize any Employer (the "Prior Employer") where such an act incurred, and EMA to issue such report(s) to Employer.
- I hereby authorize Employer to make such further inquiries to EMA as Employer may, from time to time, deem necessary for employment purposes.
- I hereby authorize EMA and Prior Employer to issue any reports in response to Employer's inquiry(ies). I waive any notice required by law with the respect to Employer's inquiries or with respect to such Prior Employer's or EMA's issuance of its report(s).
- I authorize Employer to check my past employment references, friends, neighbors and associates to help evaluate me as a potential full time or temporary employee.
- I authorize Employer and their client companies to make an inquiry as to my credit history and perform an internal security check.
- I authorize Employer to request and obtain all records regarding any industrial accident or occupational disease involving myself and Source One Staffing Inc. This is to include, but is not limited to, doctor's reports, follow-up reports, nurse's notes, medical bills, test results, etc.
- I understand that I will be provided, upon request, with copies of any and all reports used in making any employment decision.
- I hold harmless, release and discharge Source One Staffing and its agents and affiliates to the full extent permitted by law from any claims, damages, losses, costs, expenses, or any other charge or complaint filed with any agency arising from retrieving and reporting this information

The information we obtain from your back round report may affect our decision about your employment with the Employer..

Please be advised that if the Employer takes an adverse employment action against you, the Employer must give you:

- 1-a written notice that includes a copy of the consumer report the Employer relied on to make the adverse employment decision;

- 2- a copy of "A Summary of Your Rights Under the Fair Credit Reporting Act".



136 West Washington St
West Chicago, IL 60185
(630)293-2600

o  3-seven days to dispute the consumer report the Employer relied on in making its adverse employment decision.

o  If Employer requires a report concerning your character, general reputation, personal characteristics, and lifestyle - Employer must also tell you the description of the nature and scope of the investigation.

By giving you seven days notice in advance of any adverse employment decision by the Employer, you have an opportunity to review the report and explain to the Employer any negative information. If the Employer takes an adverse employment action, the Employer must tell you (orally, in writing, or electronically):

o  1-that you were rejected because of information in the report;

o  2-the name, address, and phone number of the Employer that sold the report;

o  3-that the Employer selling the report did not make the hiring decision, and can not give specific reasons for it; and

o  4-that you have the right to dispute the accuracy or completeness of the report, and to get an additional free report from the reporting Employer within 60 days.

---

_____     _____
Sign                                    Print                              Date

**Birth Date**_____ (for criminal and MVR check ONLY) Federal Law prohibits employment discrimination based on age.

*By signing, I understand and agree to the above contents and conditions. I also understand that this is to remain in effect for the entire duration of my employment at Source One Staffing and its affiliates.

**SOURCEONE**
STAFFING

138 W. Washington St.
West Chicago, IL 60185
PH: (630) 293-2800

## Discriminatory Client Request Form

Date _____     Form Number _____

Person taking the request _____

Client Name _____

Person making the request _____

| Type of Request | ☐ Gender Specific    ☐ Race Specific    ☐ Religion Specific ☐ Disability    ☐ Other (List): |
| --- | --- |

### Please fill out __ALL__ sections below with as much detail as possible

Describe in detail what the Client requested _____

_____

_____

_____

_____

_____


What CSR said to the client in response _____

_____

_____

_____

_____

_____

**SOURCEONE**
STAFFING

136 W. Washington St.
West Chicago, IL 60185
PH: (630) 283-2600

How did CSR search for the position _____

_____

_____

_____

_____

Who was considered for the position: _____

_____

_____

_____

_____

Who was contacted for the position (Provide job number or attach listing) _____

_____

_____

Who was placed in the position _____

_____

_____

*Include a listing of candidates that were contacted to fill the position and notate any reason a candidate provided for not taking the position or why any candidate was not offered the position.



**136 West Washington St**
**West Chicago, IL 60185**
**(630)293-2600**

## Employee Harassment, Discrimination, or Retaliation
## Complaint Form

Please fill out the following information as completely as possible and submit it to a Source One representative if you believe that you have experienced unlawful harassment, discrimination, or retaliation. Neither Source One Staffing, nor the Client where you were placed, can retaliate against you for making such a claim. If you prefer to provide a verbal complaint, then please notify a Source One customer service representative, and the representative will fill out this form for you.

Name of person making the claim (First / Last) _____

Today's Date_____     Phone number_____

Date of alleged act(s). If ongoing, please provide date range_____

Name of Client where act was committed._____

Location          _____

Name of supervisor          _____

Please describe the act(s) as thoroughly as possible. Be sure to include specifics such as days, times, locations and any witnesses to the act. Please attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

*Number of attached pages_____*

Source One Staffing takes all claims of discrimination, harassment and/or retaliation very seriously. It is illegal to retaliate against any employee making a claim of discrimination or harassment.

**I certify that the above statements are true and correct to the best of my knowledge**

_____          _____

Signed                                            Date

RE: RE:

Mon 10/5/2015 12:51 PM
**From:** Javier Salazar
**To:** dflores@sourceonestaff.com
**Cc:** Gabriela Munoz (gmunoz@sourceonestaff.com)



Hi Dulce,

Let's make it easy and we will need 6 guys all week.



Thank you,

Javier Salazar

P 630.736.6919

F 630.736.6902

---

**From:** Jason Efstathiou
**Sent:** Friday, October 02, 2015 2:57 PM
**To:** dflores@sourceonestaff.com
**Cc:** Javier Salazar; Gabriela Munoz (gmunoz@sourceonestaff.com)
**Subject:** RE: RE:

6 Monday and 6 Tuesday please

I won't be here at all next week, please make sure you contact Javier for the Wednesday
10/7/2015 thru Monday 10/12/2015 orders.

RE: RE:

Thanks,

Jason T. Efstathiou

Schnidt Warehouse

(630) 736-6914

warehouse@schnidt.com

**From:** Dulce Flores [mailto:dflores@sourceonestaff.com]
**Sent:** Friday, October 02, 2015 2:49 PM
**To:** Jason Efstathiou
**Subject:** RE: RE:

Good afternoon,

How many employees do you need for Monday 10/5/15?

*Dulce Flores*

*Customer Service Representative*
**Source One Staffing, Inc.**
136 W Washington Street, West Chicago, IL 60185
Cell. 847.274.4524
Tel. 630.293.2600
Fax 630.293.2606
*www.sourceonestaff.com (http://www.sourceonestaff.com/)*

Re: Positions in Aurora

Thu 7/10/2014 1:39 PM
From: Gabriela Munoz
To: Norma Montanez



no problem we will send the best candidates that qualify for this positions.

*Gabriela Munoz*

*Office Manager*
**Source One Staffing, Inc.**
136 W Washington Street, West Chicago, IL 60185
Cell. 630.346-8727
Tel. 630.293.2600
Fax 630.293.2606
*www.sourceonestaff.com (http://www.sourceonestaff.com/)*

From: "Norma Montanez" <norma@unistaffjobs.com>
Sent: Thursday, July 10, 2014 1:21 PM
To: gmunoz@sourceonestaff.com
Subject: Re: Positions in Aurora

Yes but we are also sending women. I f you have guys that would be better.

Thank you,

Norma

On Thu, Jul 10, 2014 at 1:18 PM, Gabriela Munoz <gmunoz@sourceonestaff.com> wrote:
Hi Norma

can you please let me know if this positions required any heavy lifting?

*Gabriela Munoz*

*Office Manager*
**Source One Staffing, Inc.**
136 W Washington Street, West Chicago, IL 60185
Cell. 630.346-8727
Tel. 630.293.2600
Fax 630.293.2606
*www.sourceonestaff.com (http://www.sourceonestaff.com/)*


--
Norma Montañez
Sr. Service Representative
UniStaff, Inc.
888 S. Edgelawn Ave. Suite 1745
Aurora, IL 60506

## fw: RE: Temps for Project

Mon 9/15/2014 12:05 PM
From: Gabriela Munoz
To: Jeff Matook



*Gabriela Munoz*

*Office Manager*

**Source One Staffing, Inc.**

136 W Washington Street, West Chicago, IL 60185

Cell. 630.346-8727

Tel. 630.293.2600

Fax 630.293.2606

*www.sourceonestaff.com (http://www.sourceonestaff.com/)*

---

**From:** "Maria Munoz" <mmunoz@sourceonestaff.com>
**Sent:** Monday, September 15, 2014 11:59 AM
**To:** "Gaby" <gmunoz@sourceonestaff.com>
**Subject:** fw: RE: Temps for Project

How should I respond?

*Maria Munoz – Customer Service Representative*

**Source One Staffing, Inc.**

810 N. LaFox Street, South Elgin, IL 60177

Tel. 847.742.0224

Fax 847.742.0225

*(http://www.sourceonestaff.com/) www.sourceonestaff.com (http://www.sourceonestaff.com)*

---

**From:** "Mike Howlett" <mhowlett@s4industries.com>
**Sent:** Monday, September 15, 2014 10:54 AM
**To:** "mmunoz@sourceonestaff.com" <mmunoz@sourceonestaff.com>
**Subject:** RE: Temps for Project

fw: RE: Temps for Project

I'll check out with my supervisor, but I'd like to see if you can line up some women for this project. I showed you the part when you were here and we believe smaller hands work better with this kind of work. I'll take Elbis for today, but see if you can find replacements for the men.

**From:** Maria Munoz [mailto:mmunoz@sourceonestaff.com]
**Sent:** Monday, September 15, 2014 10:29 AM
**To:** Mike Howlett
**Subject:** RE: Temps for Project

Mike, I was able to get someone for you to start today. His name is Elbis Cruz.

*Maria Munoz - Customer Service Representative*

**Source One Staffing, Inc.**
810 N. LaFox Street, South Elgin, IL 60177
Tel. 847.742.0224
Fax 847.742.0225
(http://www.sourceonestaff.com/) www.sourceonestaff.com (http://www.sourceonestaff.com)

**From:** "Mike Howlett" <mhowlett@s4industries.com>
**Sent:** Monday, September 15, 2014 10:05 AM
**To:** "mmunoz@sourceonestaff.com" <mmunoz@sourceonestaff.com>
**Subject:** RE: Temps for Project

For today, I'd like someone here by noon at the latest. Otherwise, have someone for tomorrow.

**From:** Maria Munoz [mailto:mmunoz@sourceonestaff.com]
**Sent:** Monday, September 15, 2014 10:03 AM
**To:** Mike Howlett
**Subject:** RE: Temps for Project

I will continue to look for someone, what is the latest you can wait for someone?

fw: RE: Temps for Project

*Maria Munoz - Customer Service Representative*

**Source One Staffing, Inc.**
810 N. LaFox Street, South Elgin, IL 60177
Tel. 847.742.0224
Fax 847.742.0225
(http://www.sourceonestaff.com/) www.sourceonestaff.com (http://www.sourceonestaff.com)

**From:** "Mike Howlett" <mhowlett@s4industries.com>
**Sent:** Monday, September 15, 2014 9:48 AM
**To:** "mmunoz@sourceonestaff.com" <mmunoz@sourceonestaff.com>
**Subject:** RE: Temps for Project

Maria,

I need an additional person for this project.  As we discussed, I would strongly prefer women for this type of work.

Mike

**From:** Maria Munoz [mailto:mmunoz@sourceonestaff.com]
**Sent:** Friday, September 12, 2014 3:52 PM
**To:** Mike Howlett
**Subject:** RE: Temps for Project

Ok here are the names

Denise Gilbert

Robin Hall

Maria Lara

Perla Mora

## Fwd: Temps for tomorrow

Tue 9/22/2015 10:23 PM
From: Michelle
To: Gabriela Munoz



Sergio just responded to me about 2 more for tomorrow at 8am at Blue Wave! Seriously? Can you please communicate to Jose and Dulce for the morning? I will let Sergio know we will try our best here, since it was so last minute!!!

Best Regards,

Michelle McCullough
Account Representative
Source One Staffing
847-871-3573

Begin forwarded message:

From: Sergio Espinoza <SEspinoza@splashnetxpress.com>
Date: September 22, 2015 at 7:52:47 PM CDT
To: Michelle <mmccullough@sourceonestaff.com>
Subject: RE: Temps for tomorrow

Hi Michelle

I apologize for the delayed response, yes that would be an additional order so it will be four guys total for tomorrow.

Thank you.

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Michelle <mmccullough@sourceonestaff.com>
Date:09/22/2015 4:41 PM (GMT-06:00)
To: Sergio Espinoza <SEspinoza@splashnetxpress.com>
Cc:
Subject: Fwd: Temps for tomorrow

We have 2 temps for 8am tomorrow for shipping side like you requested.  Please see request from Patrick that he emailed at 3pm.  I am confused if this is same order or in addition to, I cannot get a hold of Patrick.

Best Regards,

Michelle McCullough
Account Representative
Source One Staffing
847-871-3573

PH: ( 630 ) 293-2800

## Discriminatory Client Request Form

Date  7/1/20S

Form Number

Person taking the request  Michelle McCullough

Client Name  Regal Games

Person making the request  Bart Lynam

| Type of Request | ☒ Gender Specific | ☐ Race Specific | ☐ Religion Specific |
| --- | --- | --- | --- |
| | ☐ Disability | ☐ Other (List): | |

Please fill out **ALL** sections below with as much detail as possible

Describe in detail what the Client requested  See - email

What CSR said to the client in response  See - email

**From:** "Bart Lynam" <bart@regalgamesllc.com>
**Sent:** Monday, June 29, 2015 8:55 AM
**To:** "Michelle" <MMCCULLOUGH@sourceonestaff.com>
**Subject:** Guys needed

Michelle

I am going to need 6 guys for a whole day.
It might be tomorrow it might be Wednesday.
And I trying to get it scheduled early in the AM.
This is just a heads up. I will let you know once I know when the container will be here.

Bart Lynam
Regal Games LLC
630-587-6700


Bart Lynam
Regal Games LLC
630-587-6700

## Re: Guys needed

Wed 7/1/2015 8:15 AM
**From:** Bart Lynam
**To:** Michelle



Michelle

We need people for tomorrow @ 8:45 am

We need 4 people

They will need to be able to lift 50 lbs from floor to above heads

This is a 40' container so it will be a long day.

This will be for one day

On Mon, Jun 29, 2015 at 10:46 AM, Michelle McCullough <mmccullough@sourceonestaff.com> wrote:

Good Morning Bart,

Ok let me know when you need people. We need at least a **24 hour notice**. Also we are an equal opportunity employee so we cannot send "guys". We can send the most qualified person for the position.

Please let me know what are the requirements for the loaders/un-loaders.
I am mainly looking for how heavy are the lifting requirements and English speaking or is Spanish speaking ok?
Times they need to arrive as well and how long will the assignment be.

Thank you,

*Michelle McCullough*

**Source One Staffing, Inc.**

810 N. La Fox St. South Elgin, IL 60177

*South Elgin, West Chicago, Wood Dale*

847-742-0224

Cell:847-871-3573

(http://www.sourceonestaff.com) www.sourceonestaff.com
(http://www.sourceonestaff.com)

PH: (630) 293-2800

How did CSR search for the position

_____

_____

_____

_____

_____

Who was considered for the position:

_____

_____

_____

_____

Who was contacted for the position (Provide job number or attach listing)

_____

_____

Who was placed in the position

_____

_____

_____

*Include a listing of candidates that were contacted to fill the position and notate any reason a candidate provided for not taking the position or why any candidate was not offered the position.

# Order: 1315249 - Loader-unloader

## Customer Information

| | | |
|---|---|---|
| **Order Id:** | 1315249 | **Address:** |
| **Customer:** | Regal Games | 761 N. 17th Street, Unit 24 |
| **Customer Id:** | 880066 | St, Charles, IL 60174 |
| **Department:** | Primary | |
| **Worker Comp:** | STORE:WHOLESALE | |

## Job Information

| | | | |
|---|---|---|---|
| **Required:** | 4 | **Job Title:** | Loader-unloader |
| **Assigned:** | 4 | **Description:** | |
| **Order Type:** | Temp | T(1) | |
| **Dress Code:** | | Variable | |
| **Safety Notes:** | | loading unloading | |
| | | They will need to be able to lift 50 lbs from floor to above heads | |

| | | | |
|---|---|---|---|
| **Start Date:** | 7/2/2015 | **Start Time:** | 8:40:00 AM |
| **Est. End Date:** | 7/3/2015 | **End Time:** | 5:00:00 PM |
| **Duration:** | Indef | **Shift:** | 1st |

| Sun | Mon X | Tue X | Wed X | Thu X | Fri X | Sat |
|---|---|---|---|---|---|---|

## Financial Details

| | | | |
|---|---|---|---|
| **Pay Rate:** | $9.00 | **Bill Rate:** | $12.60 |
| **Multiplier:** | 1.40 | **OT Bill Rate:** | $18.90 |
| **Pay Periods:** | 52 | **DT Bill Rate:** | $25.20 |
| **Overtime Plan:** | PlanSTD | | |

## Other Information

| | |
|---|---|
| **Status:** | Closed |
| **Taken By:** | Dulce.Flores |
| **Sales Team:** | UNDEF |
| **Branch:** | SourceOne - West Chicago |
| **Do Not Post To Web:** | |
| **Notes:** | |

## Contacts

Jose M Alvarez - (Mail)
Braulio Gomez Ortiz. - (Rello Nu-way)
Faver John W. - (Mail)
Jesus Rosales. - ( Packaging)

They came in to the office to pick up
their check. and I offer them the
order and they said yes.



136 W. Washington St.
West Chicago, IL 60185
PH: ( 630 ) 293-2600

## Discriminatory Client Request Form

Date 7/15/2015          Form Number _____

Person taking the request   Michelle r McCulough

Client Name   Blue Peak Tents, Inc,

Person making the request   AJ Schaffer

| Type of Request | ☒ Gender Specific     ☐ Race Specific     ☐ Religion Specific |
|---|---|
| | ☐ Disability     ☒ Other (List): |

Please fill out **ALL** sections below with as much detail as possible

Describe in detail what the Client requested

    – See attached - email

What CSR said to the client in response

    I immediatly called AJ and explained to him that it clearly states in our contract that we cannot recruit based on gender and age. We will recruit based on the requirements

Page 1 of 2

**SOURCEONE**
STAFFING

136 W. Washington St.
West Chicago, IL 60185
PH: (630) 293-2600

How did CSR search for the position    *Based on requirements and*

*availability*

Who was considered for the position:

Who was contacted for the position (Provide job number or attach listing)

Who was placed in the position

*Include a listing of candidates that were contacted to fill the position and notate any reason a candidate provided for not taking the position or why any candidate was not offered the position.

Temp Worker

Wed 7/15/2015 10:09 AM
From: AJ Schaeffer
To: mmccullough@sourceonestaff.com
Cc: jake@bluepeaktents.com



Hi Michelle,

Can you have West Chicago recruit a guy for us for our daytime warehouse position? The position works Monday thru Friday from 8am-4:30pm on a set schedule and guaranteed full-time hours. They will be cleaning/drying tent tops, walls and chairs for the most part as well as helping with other warehouse related tasks. It is a seasonal position but I can guarantee they will work till at least the end of September, if not thru October. We would like them to start as soon as tomorrow morning at 8am if possible. I would prefer someone younger if possible and physically fit to work in the sun for extended hours as they try to clean as much stuff outside as possible so the sun can help dry stuff. They need to be at least 50% english speaking so communication is still possible since our warehouse manager does not speak spanish.

Let me know, thanks!

Best Regards,


**A.J. Schaeffer**

Blue Peak Tents, Inc.

630.457.4857 (d) 630.749.4216 (f)


Website (http://www.bluepeaktents.com/) | Blog (http://www.bluepeaktentsblog.com/) | Facebook (http://www.facebook.com/bluepeaktents)

# Order: 1318633 - GENERAL LABOR

## Customer Information

| | | | |
|---|---|---|---|
| Order Id: | 1318633 | **Address:** | |
| Customer: | Blue Peak Tents, Inc. | 1151 Atlantic Dr. | |
| Customer Id: | 977837 | West Chicago, IL 60185 | |
| Department: | Cleaner-Warehouse | | |
| Worker Comp: | STORE:WHOLESALE | | |

## Job Information

| | | | |
|---|---|---|---|
| Required: | 1 | **Job Title:** | GENERAL LABOR |
| Assigned: | 1 | **Description:** | |
| Order Type: | Temp | T(1) Cleaning/drying tent tops, walls and chairs for the most part as well as helping with other warehouse related task | |
| Dress Code: | | | |
| Safety Notes: | | | |
| Start Date: | 7/16/2015 | **Start Time:** | 7:00:00 AM |
| Est. End Date: | Not Set | **End Time:** | 3:00:00 PM |
| Duration: | Indef | **Shift:** | 1st |

| Sun | Mon X | Tue X | Wed X | Thu X | Fri X | Sat |
|---|---|---|---|---|---|---|

## Financial Details

| | | | |
|---|---|---|---|
| Pay Rate: | $10.00 | **Bill Rate:** | $14.00 |
| Multiplier: | None | **OT Bill Rate:** | $21.00 |
| Pay Periods: | 52 | **DT Bill Rate:** | $28.00 |
| Overtime Plan: | PlanSTD | | |

## Other Information

| | |
|---|---|
| Status: | Active |
| Taken By: | miguel.amaya |
| Sales Team: | UNDEF |
| Branch: | SourceOne - West Chicago |
| Do Not Post To Web: | |
| Notes: | |

## Contacts

Anthony Duran- Came to request a new assignment. Offer Blue Peak and accepted.